**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Benjamin Klajko                                CHAPTER 7
        Kayla J. Klajko

                      Debtor(s)                          BKY. NO. 25-13473 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                                         Respectfully submitted,

                                                     /s/ *Matthew Fissel*
                                                     Matthew Fissel
                                                    06 Oct 2025, 16:11:45, EDT

                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 627-1322