Certificate Number: 16339-PAE-DE-040263955

Bankruptcy Case Number: 25-13473



16339-PAE-DE-040263955

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 2, 2025</u>, at <u>12:37</u> o'clock <u>AM EDT</u>, <u>Kayla Klajko</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>November 2, 2025</u>

By:  <u>/s/Kris Krumal</u>

Name:  <u>Kris Krumal</u>

Title:  <u>Certified Financial Counselor</u>