United States Bankruptcy Court

Eastern District of Pennsylvania

In re:      Case No. 25-13473-pmm

Benjamin Klajko      Chapter 7

Kayla J. Klajko

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Dec 05, 2025     Form ID: 318     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Benjamin Klajko, Kayla J. Klajko, 3738 Nolt Road, Landisville, PA 17538-1529 |
| 15045371 | | AMBRY GENETICS, PO BOX 51458, Ontario, CA 91761-1048 |
| 15045374 | | APOTHAKER & ASSOCIATES, 520 FELLOWSHIP ROAD, PO BOX 5496, Mount Laurel, NJ 08054-5496 |
| 15045389 | | RADIOLOGY BILL, PO BOX 786, Richmond, IN 47375-0786 |
| 15045396 | | WELLSPAN HEALTH, PO BOX 742641, Cincinnati, OH 45274-2641 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 06 2025 00:31:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 06 2025 00:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 15045372 | | Email/Text: ebn@americollect.com | Dec 06 2025 00:31:00 | AMERICOLLECT, 1851 S. ALVERNO ROAD, Manitowoc, WI 54221 |
| 15045373 | ^ | MEBN | Dec 06 2025 00:23:03 | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 102, Lancaster, PA 17601-4890 |
| 15045375 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 06 2025 00:31:00 | Bridgecrest Acceptance Corp, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 15045376 | + | Email/Text: bankruptcy@cavps.com | Dec 06 2025 00:31:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 15045377 | + | Email/Text: bankruptcy@credencerm.com | Dec 06 2025 00:31:00 | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 15045378 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 06 2025 00:31:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15045379 | + | EDI: DISCOVER | Dec 06 2025 05:22:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15045380 | | EDI: PHINHARRIS | Dec 06 2025 05:22:00 | HARRIS & HARRIS LTD, 111 W. JACKSON BLVD, SUITE 400, Chicago, IL 60604-4135 |
| 15045381 | + | Email/Text: Unger@Members1st.org | Dec 06 2025 00:31:00 | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camo Hill, PA 17001-8893 |
| 15045382 | + | Email/Text: Unger@Members1st.org | | |

Case 25-13473-pmm   Doc 17   Filed 12/07/25   Entered 12/08/25 00:36:04   Desc Imaged
                         Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 05, 2025 | Form ID: 318 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 06 2025 00:31:00 | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camp hill, PA 17001-8893 |
| 15045384 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 06 2025 00:31:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15045385 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 06 2025 00:30:00 | NEW JERSEY TURNPIKE AUTHORITY, PO BOX 4971, Trenton, NJ 08650 |
| 15045386 | ^ | MEBN | Dec 06 2025 00:23:15 | PA TURNPIKE TOLL BY PLATE, PO BOX 645631, Pittsburgh, PA 15264-5254 |
| 15045387 | ^ | MEBN | Dec 06 2025 00:23:06 | PATENAUDE & FELIX, 9619 CHESAPEAKE DRIVE, SUITE 300, San Diego, CA 92123-1392 |
| 15045388 | + | Email/PDF: ebnotices@pnmac.com | Dec 06 2025 00:36:36 | PennyMac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15045390 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Dec 06 2025 00:31:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 15045391 | + | EDI: WTRRNBANK.COM | Dec 06 2025 05:22:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15045392 | + | Email/Text: bankruptcy@bbandt.com | Dec 06 2025 00:31:00 | Truist Financial, Attn: Bankruptcy, 214 N Tryon St Ste 3, Charlotte, NC 28202-1023 |
| 15045393 | + | EDI: VERIZONCOMB.COM | Dec 06 2025 05:22:00 | Verizon Wireless, Attn: Bankruptcy Department, P.O.Box 408, Newark, NJ 07101-0408 |
| 15045394 | + | EDI: WFHOME | Dec 06 2025 05:22:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 15045395 | + | EDI: WFCCSBK | Dec 06 2025 05:22:00 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Pob 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 15045397 | | EDI: COMCASTCBLCENT | Dec 06 2025 05:22:00 | XFINITY- COMCAST, PO BOX 70219, Philadelphia, PA 19176-0219 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15045383 | ## | MICHAEL DOUGHERTY, ESQUIRE, Weltman, Weinberg & Reis, 170 S. INDEPENDNECE MALL W, SUITE 874W, Philadelphia, PA 19106-3334 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 07, 2025              Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALAINE V. GRBACH | on behalf of Debtor Benjamin Klajko avgrbach@aol.com |
| ALAINE V. GRBACH | on behalf of Joint Debtor Kayla J. Klajko avgrbach@aol.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Benjamin Klajko | Social Security number or ITIN  xxx–xx–9582 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | Kayla J. Klajko | Social Security number or ITIN  xxx–xx–8616 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | |
| Case number:   25–13473–pmm | | |

## Order of Discharge                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Benjamin Klajko                                                              Kayla J. Klajko

12/4/25                                                                               **By the court:**  Patricia M. Mayer
                                                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                      **Order of Discharge**                                      page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**